AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| Klancy Stenerud<br>*Plaintiff(s)*<br>v.<br>Citimortgage, Inc, et al<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 16-2489 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carrington Mortgage Services, LLC
c/o The Corporation Company, Inc
112 SW 7th Street, Suite 3C
Topeka, KS 66603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ryan D. Knipp
Patton & Knipp, LLC
12760 W 87th St Pkwy, Ste 108
Lenexa, KS 66215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/11/2016

s/Mike Mort
*Signature of Clerk or Deputy Clerk*

TIMOTHY M. O'BRIEN
CLERK OF COURT
259 Robert J. Dole U.S. Courthouse
500 State Ave
Kansas City KS 66101-2431

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-2489

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Carrington Mortgage Services, LLC
was received by me on *(date)* 07/11/2016.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* The Corporation Company, Inc, who is designated by law to accept service of process on behalf of *(name of organization)* Carrington Mortgage Services, LLC on *(date)* 07/13/16 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Via Certified Mail with Return Receipt: #7016-0600-0001-1944-9794
Carrington Mortgage Services, LLC
c/o The Corporation Company, Inc
112 SW 7th Street, Suite 3C
Topeka, KS 66603

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 07/13/2016

*Server's signature*

Susan Mann, Paralegal
*Printed name and title*

Patton & Knipp, LLC
12760 W 87th St Pwky, Ste 108
Lenexa, KS 66215
*Server's address*

Additional information regarding attempted service, etc: